UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS ARELLANO,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT CORRECTIONS AND REHABILITATION,<br><br>    Defendant. | Case No.: 1:20-cv-00011-SAB (PC)<br><br>ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S MOTION TO MODIFY THE ORDER SETTING A SETTLEMENT CONFERENCE<br><br>(Doc. No. 14) |

    Plaintiff Marcos Arellano is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Plaintiff's motion to modify the order setting this case for settlement conference on August 25, 2020, at 9:30 a.m. before the undersigned.  Plaintiff requests that the conference be held by video and/or telephone due to the current COVID-19 pandemic and to prevent disruption in his programming.  Plaintiff's motion shall be denied without prejudice.

    Due to the evolving nature of the COVID-19 situation and protocols, the Court finds it is premature to set the settlement conference for video and/or telephone at this time.  As the August 25, 2020 settlement conference date approaches, the Court will reevaluate the COVID-19 situation and determine how best to proceed with the conference and the parties will be promptly advised of any modification.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to modify the Court's May 1, 2020 order is denied, without prejudice.

IT IS SO ORDERED.

Dated: **June 11, 2020**                    /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE