# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS ARELLANO,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR,<br><br>        Defendant. | Case No. 1:20-cv-00011-SAB (PC)<br><br>ORDER GRANTING MOTION TO RESCHEDULE SETTLEMENT CONFERENCE<br><br>(ECF No. 20)<br><br>**Date: September 29, 2020**<br>**Time: 11:30 a.m.** |

      A settlement conference in this matter is currently scheduled on August 25, 2020, at 11:30 a.m. before the undersigned. In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court has ordered that the settlement conference occur remotely through Zoom videoconference, with Plaintiff appearing telephonically and defense counsel appearing by video. (ECF No. 17.)

      On August 24, 2020, Defendant filed a motion requesting that the settlement conference be rescheduled to September 29, 2020, and the stay be extended accordingly. (ECF No. 20.) Defendant's counsel declares that she was informed by Valley State Prison's ("VSP") Litigation Coordinator that Plaintiff's housing unit had been placed on quarantine on August 17, 2020, and that the quarantine would not be lifted until September 1, 2020. Due to the quarantine, Plaintiff cannot be moved to the location where the video equipment is located, and proceeding with the

settlement conference as currently scheduled would risk exposing Plaintiff, correctional staff, and other VSP inmates to a heightened risk of infection.

Although Plaintiff has not had an opportunity to file a response, the Court finds a response unnecessary.  Furthermore, the Court finds good cause to reschedule the settlement conference.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motion to reschedule the settlement conference, (ECF No. 20), is GRANTED;

2. The settlement conference will be continued to **September 29, 2020, at 11:30 a.m.** Plaintiff shall appear telephonically by calling into the appropriate Zoom phone number and entering the required meeting ID.  Counsel for Defendant shall appear by video via the Zoom application; and

3. Counsel for Defendant shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information for all parties. Counsel for Defendant is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

IT IS SO ORDERED.

Dated:   **August 24, 2020**          /s/ Barbara A. McAuliffe   _
                                      UNITED STATES MAGISTRATE JUDGE