UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS ARELLANO,<br>                    Plaintiff,<br><br>v.<br><br>CDCR.,<br>                    Defendant. | 1:20-cv-00011-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **MARCOS ARELLANO, CDCR #V-63137**<br><br>DATE: September 29, 2020<br>TIME: 11:30 a.m. |

**Marcos Arellano**, **CDCR #V-63137**, a necessary and material witness on his own behalf in a Settlement Conference in this case on September 29, 2020, is confined at **Valley State Prison**, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by telephone from his present institution of confinement (via Zoom)** before Magistrate Judge Barbara A. McAuliffe, on September 29, 2020, at 11:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by telephone (via Zoom)** before the United States District Court at the time and place above, until completion of settlement proceedings or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Valley State Prison**

**WE COMMAND** you to produce the inmate named above **to appear via telephone (via Zoom)** at the time and place above, until completion of the settlement proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **September 1, 2020**

UNITED STATES MAGISTRATE JUDGE

