UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS ARELLANO,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT CORRECTIONS AND REHABILITATION,<br><br>    Defendant. | Case No.: 1:20-cv-00011-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 31) |

Plaintiff Marcos Arellano is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's second motion to modify the discovery and scheduling order, filed March 10, 2021.

Good cause having been presented, it is HEREBY ORDERED that Defendant is granted an extension of time and leave to file a single motion for summary judgment as to Plaintiff's failure to exhaust administrative remedies as well as the merits of Plaintiff's claim on or before August 19, 2021.

IT IS SO ORDERED.

Dated: __March 11, 2021__

                                            UNITED STATES MAGISTRATE JUDGE

1