# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS ARELLANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT CORRECTIONS AND REHABILITATION,<br><br>　　　　Defendant. | Case No.: 1:20-cv-00011-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION TO EXTEND THE DISCOVERY DEADLINE<br><br>(ECF No. 36) |

Plaintiff Marcos Arellano is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 4, 2021, the parties filed a stipulation to extend the discovery deadline June 23, 2021.

Good cause having been presented, it is HEREBY ORDERED that the parties' stipulation is approved and the discovery deadline is extended to June 23, 2021.

IT IS SO ORDERED.

Dated: __**June 7, 2021**__　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1