**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCOS ARELLANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT CORRECTIONS AND REHABILITATION,<br><br>　　　　Defendant. | Case No.: 1:20-cv-00011-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO SUPPRESS HIS DEPOSITION TESTIMONY<br><br>(ECF No. 44) |

　　　Plaintiff Marcos Arellano is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On October 25, 2021, Plaintiff filed a motion to suppress his deposition testimony. (ECF No. 44.) Defendant has not filed an opposition or statement of no opposition as required by Local Rule 230(l). Accordingly, within ten (10) days from the date of service of this order, Defendant shall file an opposition or statement of no opposition to Plaintiff's motion to suppress his deposition testimony.

IT IS SO ORDERED.

Dated:　**November 16, 2021**　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1