# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS ARELLANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT CORRECTIONS AND REHABILITATION,<br><br>　　　　Defendant. | Case No.: 1:20-cv-00011-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING ACTION, WITHOUT PREJUDICE<br><br>(ECF Nos. 39, 51) |

Plaintiff Marcos Arellano is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 29, 2022, the Magistrate Judge issued Findings and Recommendations recommending that Defendant's motion for summary judgment be granted and the instant action be dismissed, without prejudice, for failure to exhaust the administrative remedies. (ECF No. 51.) It was also recommended that Plaintiff's motion to suppress his deposition be denied. (Id.) The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within twenty-one days. Id. Plaintiff filed objections on May 2, 2022. (ECF No. 52.)

///

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on March 29, 2022 (ECF No. 51), are adopted in full;
2. Plaintiff's motion to suppress his deposition filed on October 25, 2021 (ECF No. 44),r is denied;
3. Defendants' motion for summary judgment filed on August 29, 2021 (ECF No. 39), is granted; and
4. The instant action is dismissed, without prejudice, for failure to exhaust the administrative remedies.

IT IS SO ORDERED.

Dated:   July 15, 2022

SENIOR  DISTRICT  JUDGE